# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TAHREIK WATFORD | : | NO. 23-523 |

## ORDER

**AND NOW**, this 16th day of May, 2024, upon consideration of Defendant Tahreik Watford's Motion to Dismiss the Indictment (ECF No. 20), the Government's Response in Opposition (ECF No. 23), and the oral argument heard on May 13, 2024, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez